No. 490. WHETSTONE *v.* SAUBER, DIRECTOR OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cummings, Assistant Attorney General Lyon, Ellis N. Slack* and *Fred E. Youngman* for respondent. 

No. 491. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Herbert K. Hyde* and *Roy St. Lewis* for petitioners. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *William W. Goodrich* for the United States. 

No. 492. ONE 1951 FORD PICK-UP ¾ TON TRUCK ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *David L. Ullman* for the Hammonton Investment & Mortgage Co., petitioner. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Carl H. Imlay* for the United States. 

No. 493. McGUIRE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Eldridge Hood Young* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, and *Kenneth C. Proctor,* Assistant Attorney General, for respondent. 

No. 510. W. T. GRANT Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Eugene M. Foley* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling, Bernard Dunau* and *Marcel Mallet-Prevost* for respondent.